UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **GLADYS LAMPKINS** | : | |
| 1720 Corcoran Street, Apt. 73 | : | |
| Washington, DC  20002 | : | |
| **Plaintiff** | : | |
| v. | : | Civil Action No. AW 12-cv-3419 |
| **RAMAN TULI, M.D., et al.** | : | |
| 10818 Darnestown Road, Suite 202 | : | |
| Gaithersburg, Maryland  20878 | : | |
| **Defendants** | : | |

### STIPULATION OF DISMISSAL OF DEFENDANTS RAMAN TULI, M.D. AND RAMAN TULI, M.D., P.C., WITH PREJUDICE

Come now the parties, Plaintiff Gladys Lampkins and Defendants Raman Tuli, M.D. and Raman Tuli, MD, PC, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and voluntarily agree that all claims, actions and causes of action against Defendants Raman Tuli, M.D. and Raman Tuli, M.D., P.C., shall be DISMISSED WITH PREJUDICE.

It is so stipulated this 23rd day of December, 2014.

| DUGAN, BABIJ & TOLLEY, LLC | ARMSTRONG, DONOHUE, CEPPOS, VAUGHAN & RHOADES, CHARTERED |
|---|---|
| */s/ Alison D. Kohler, Esquire* | */s/ Jon Eric Rhoades, Esquire* |
| Alison D. Kohler, Esquire  #01277 | Jon Eric Rhoades, Esquire #12605 |
| akohler@medicalneg.com | jer@adclawfirm.com |
| 1966 Greenspring Drive, Suite 500 | 204 Monroe Street, Suite 101 |
| Timonium, Maryland  21093 | Rockville, Maryland  20850 |
| (410) 308-1600 | (301) 251-0440 |
| *Attorneys for Plaintiff* | *Attorney for Raman Tuli, M.D. and Raman Tuli, M.D., P.C.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of December, 2014, a copy of the foregoing was electronically filed and sent via email to:

Henry E. Dugan, Jr., Esquire #01320
Allison D. Kohler, Esquire #01277
DUGAN, BABIJ & TOLLEY, LLC
1966 Greenspring Drive, Suite 500
Timonium, Maryland  20192

                                                        */s/ Jon Eric Rhoades*
                                                Jon Eric Rhoades, Esquire  #12605